# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BURKE'S MECHANICAL, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:18-0486-CG-N |
| ) | |
| **IBERVILLE INSULATIONS, LLC,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Counsel for the Defendant notified the court that this action has settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 2nd day of April, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE